**Opinion issued September 27, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00459-CV

———————————

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE, BRAD LIVINGSTON, LARRY DOYLE, AND JACQUELINE JONES, Appellants**

**V.**

**LUSK NOMINEE TRUST AND W.L. WILLIAMS LLC, Appellees**

**and**

**LUSK NOMINEE TRUST AND W.L. WILLIAMS LLC, Appellants**

**V.**

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE, BRAD LIVINGSTON, LARRY DOYLE, AND JACQUELINE JONES, Appellees**

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 85701-CV**

---

# MEMORANDUM OPINION

Appellants, the Texas Department of Criminal Justice, Brad Livingston, Larry Doyle, and Jacqueline Jones (collectively "TDCJ Appellants"), filed a notice of appeal of the trial court's June 8, 2016 order denying their second amended plea to the jurisdiction. Appellants, Lusk Nominee Trust and W.L. Williams LLC (collectively "Lusk Appellants"), then filed their notice of appeal of the trial court's June 8, 2016 order denying their application for a temporary injunction. The Lusk Appellants have filed a motion to voluntarily dismiss their appeal. And, the TDCJ Appellants, representing that they "have likewise decided not to pursue their own appeal," have filed a motion to dismiss their appeal. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motions and dismiss the appeals. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). All other pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Bland, Massengale, and Lloyd.